```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


Kim Lassiter-Waddell,           :      CIVIL ACTION
            Plaintiff           :
                                :
         v.                     :
                                :
J.C. Penney, Inc.,              :
            Defendant           :      NO. 02-3213
```

ORDER

AND NOW, this _____ day of August, 2002, following a scheduling conference pursuant to F. R. Civ. P. 16 regarding the above-captioned case in which both parties agreed that they wished to have a trial by jury, IT IS HEREBY ORDERED that this will be a jury trial.

```
                              BY THE COURT:



                              _____
                              MARY A. McLAUGHLIN, J.
```