```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KIM LASSITER-WADDELL,          :      CIVIL ACTION
              Plaintiff        :
                               :
         v.                    :
                               :
J.C. PENNEY, INC.,             :
              Defendant        :      NO. 02-3213
```

AMENDED SCHEDULING ORDER

AND NOW, this _____ day of February, 2003, following a request from both parties in the above-captioned case, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by August 1, 2003.

2. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before August 8, 2003.

3. The Court will hold a final pretrial and settlement conference on Wednesday, October 1, 2003 at 4 p.m.  (Please note that this date is different from the one submitted by counsel.)

      4.  Trial in the case shall commence on Tuesday, October 14, 2003 at 9:30 a.m.

                                  BY THE COURT:

                                  _____
                                  MARY A. McLAUGHLIN, J.