**DASHEVSKY, HORWITZ, DISANDRO, KUHN,**
**DEMPSEY AND NOVELLO, P.C.**
By:  Robert F. Kuhn, Esquire
Identification No.  37418                                     **ATTORNEY FOR PLAINTIFF(S)**
**1315 Walnut Street, 12th Floor**
**Philadelphia, Pennsylvania  19107**
**(215) 546-4488**

| | |
|---|---|
| KIM LASSITER-WADDELL<br><br>vs.<br><br>J.C. PENNEY COMPANY | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>NO. 02-CV-3213 (MAN) |

## ORDER TO SETTLE, DISCONTINUE AND END

TO THE PROTHONOTARY:

    Kindly mark the above captioned matter "Settled, Discontinued and Ended", upon payment of your costs, only.

                          DASHEVSKY, HORWITZ, DISANDRO,
                          KUHN AND NOVELLO, P.C.


                BY: _____
                          ROBERT F. KUHN, ESQUIRE
                          ATTORNEY FOR PLAINTIFF